JOEL D. SIEGEL (State Bar No. 155581)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: jsiegel@sonnenschein.com

Attorneys for Plaintiff
La Quinta Franchising, LLC

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HINA JADAV, an individual,<br><br>Defendants. | Case No. 2:09-cv-02877-RGK-AGR<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[Fed. R. Civ. P. 55(b)(2)]<br><br>NOTE CHANGES MADE BY THE COURT. |

On July 28, 2009, based upon Plaintiff La Quinta Franchising, LLC's ("La Quinta") Motion for Entry of Default Judgment against Defendant Hina Jadav ("Defendant"), the supporting declarations and evidence, and the files and records in this action, and good cause appearing therefor, the Court issued an Order granting La Quinta's Motion.

IT IS ORDERED, ADJUDGED, AND DECREED that pursuant to the Court's July 28, 2009 Order regarding Plaintiff's Motion for Entry of Default Judgment, judgment is hereby entered against Defendant Hina Jadav and in favor of Plaintiff La Quinta Franchising, LLC as follows:

(a) La Quinta shall recover liquidated damages in the amount of $100,000 against Defendant pursuant to the liquidated damages clause of the License Agreement;

(b) La Quinta shall recover prejudgment interest at a 6% annual rate, calculated from September 28, 2008 until the date judgment is entered; ~~in the amount of $5,013.70;~~ e

(c) La Quinta is awarded attorneys' fees in the amount of $5,600; and

(d) La Quinta is awarded costs ~~of $~~ e, the amount of which shall be determined by application to the clerk of the Court.

~~A copy of the Court's July 28, 2009 Order regarding Plaintiff's Motion for Entry of Default Judgment is attached hereto as Exhibit A.~~

DATED: 09.09.09

_Gary Klausner_
R. Gary Klausner
Judge of the United States District Court